EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br><br>Armando R. López Canino | 2018 TSPR 160<br><br>201 DPR ____ |

Número del Caso: TS-16,277

Fecha: 7 de septiembre de 2018

Abogado del peticionario:

      Por derecho propio

Materia: Reactivación al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re:*

Armando R. López Canino                Núm. TS-16,277

RESOLUCIÓN

En San Juan, Puerto Rico, a 7 de septiembre de 2018.

Examinada la *Solicitud de cambio de estatus a abogado activo en el Registro Único de Abogados y Abogadas*, presentada por la parte promovida, se readmite al abogado Armando L. López Canino al ejercicio de la abogacía.

Se le ordena al Secretario del Tribunal registrar el cambio de estatus a abogado activo en el Registro Único de Abogados y Abogadas de Puerto Rico (RÚA). Además, se le ordena al abogado López Canino actualizar su información de contacto en el RÚA.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

Juan Ernesto Dávila Rivera
Secretario del Tribunal Supremo